UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

TROY SUTTON,

    Petitioner,

    v.

H. SISSEM, et al.,

    Respondents.

CIVIL ACTION NO. 3:26-cv-01060

(SAPORITO, J.)

## ORDER

This habeas corpus matter was transferred to this district from the United States District Court for the Eastern District of Pennsylvania on April 24, 2026. (Doc. 4). Petitioner, Troy Sutton, incarcerated at the State Correctional Institution-Forest at Marienville, Pennsylvania ("SCI-Forest") lodged this *pro se* habeas corpus action pursuant to 28 U.S.C. § 2254 without applying to proceed *in forma pauperis* or submitting the filing fee. (Doc. 1).

Accordingly, on April 24, 2026, an Administrative Order issued in this case which informed the petitioner that this action would not proceed unless the petitioner, within thirty (30) days of the date of the Administrative Order, either: (1) tendered to the "Clerk, U.S. District

Court" payment in the amount of $5.00; **or** (2) filed a properly completed and signed application to proceed *in forma pauperis*. An application to proceed *in forma pauperis* was enclosed with the Order. Petitioner was advised that failure to comply with the terms of the Administrative Order within thirty (30) days would cause this case to be dismissed without prejudice. (Doc. 6).

More than thirty (30) days have elapsed and the petitioner has neither made a submission, nor requested an additional extension of time in which to pay the filing fee or to submit the appropriate application to proceed *in forma pauperis*.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

Dated: June 11, 2026                 *s/Joseph F. Saporito, Jr.*
                                     JOSEPH F. SAPORITO, JR.
                                     United States District Judge